AO 458 (Rev. 06/09) Appearance of Counsel

FILED
IN CLERKS OFFICE
2010 FEB 10 P 1:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

UNITED STATES OF AMERICA
*Plaintiff*
v.
Brendan Milby.
*Defendant*

Case No. 10-1617 TSH

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brendan Milby, for initial appearance, detention and probable cause only at this time.

Date: 2·10·10

[signature]
*Attorney's signature*

Bruce Linson
*Printed name and bar number*
BBO # 637413

343 Commercial St #104
Boston MA 02109
*Address*

brucelinson@earthlink.net
*E-mail address*

(617) 371-0900
*Telephone number*

(617) 742-0707
*FAX number*